IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No: 14-4528

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | MOTION TO EXTEND |
| V.           ) | TIME TO FILE BRIEF |
| ) | AND JOINT APPENDIX |
| RODNEY WHTNEY           ) | |
| _____) | |

    NOW COMES the defendant, RODNEY WHITNEY, by and through undersigned counsel, David Belser, and respectfully requests that the Court extend the time for filing the Opening brief and Appendix. In support thereof, the appellant shows the following:

1. The appellant's opening brief and Joint Appendix are currently due on January 12, 2015.

2. Counsel was appointed pursuant to the CJA plan.

3. This is a complicated conspiracy to commit wire fraud and money laundering case.

4. Undersigned counsel was not trial level counsel and thus is not familiar with the issues and voluminous discovery.

5. The appellant has filed a petition under 2255 alleging ineffective assistance of trial counsel, and has appealed the partial denial of his petition to this Court, where the appeal is still pending, as is this direct appeal.

6. This direct appeal was allowed pursuant to the partial granting of the appellant's pro se 2255 petition reinstating the right of appeal.

7. In his plea agreement, the appellant waived his appellate rights except for ineffective assistance of counsel and prosecutorial misconduct.

8. Undersigned Counsel has come down with the flu and has been unable to finish the brief.

9. AUSA Amy Ray has no objection to this motion.

WHEREFORE, the defendant respectfully prays this Court to extend the time in which to file the Opening brief and Appendix for fourteen (14) days, up to and through January 26, 2015.

Respectfully submitted,
This the 12th day of January, 2015.

_____
s/ David Belser
Bar #: 10631
Attorney for Defendant
Belser Law Firm, PLLC
17 North Market Street, Suite 2
Asheville, NC 28801
Tel: 828-258-1500
Fax: 828-258-1510
dgbelser@gmail.com

CERTIFICATE OF SERVICE

I, David Belser, certify that I caused the forgoing Motion to Extend to be served this day on Assistant United States Attorney Amy Ray, electronically through ECF.

This the 12th day of January, 2015.

_____
s/ David Belser
Bar #: 10631
Attorney for Defendant
Belser Law Firm, PLLC
17 North Market Street, Suite 2
Asheville, NC 28801
Tel: 828-258-1500
Fax: 828-258-1510
dgbelser@gmail.com