**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**                                                                                       **TELEPHONE**
   **CLERK**                                                                                              (804) 916-2700

February 2, 2015

David Grant Belser, Esq.
17 North Market Street, Suite 2
Asheville, NC 28801

      RE:    14-4528, US v. Rodney Whitney
            (3:11-cr-00049-FDW-1)

Dear Mr. Belser:

      The above matter was docketed by this court on July 9, 2014, and on July 14, 2014, you were appointed a new CJA counsel for the appellant. On August 27, 2014, the briefing order was issued and the opening brief and appendix were due on October 1, 2014. Subsequent to that date, three motions to extend the briefing deadline have been filed and this court's order of December 1, 2014, granted a third extension until December 10, 2014. The order also advised that no further extension would be granted. On December 29, 2014, a Rule 46 notice issued for failure to file the opening brief and appendix with a deadline to response of January 13, 2015. On January 12, 2015, another motion to extend the briefing deadline was filed and denied by order of January 13, 2015. On that same date another Rule 46 notice issued with a deadline for response set for January 28, 2015. As of this date the court has not received appellant's opening brief and joint appendix.

      It is noted that you are both an active bar member before this court and an active ECF filer with this court. As such, your knowledge of court rules and procedures is implicit and your observance of same tacit. Accordingly, please be advised this correspondence serves as a final notice under Rule 46. Failure to file the required documents within 15 days will lead to the initiation of disciplinary proceedings, removal from the case, denial of compensation and appointment of new counsel.

                                                       Respectfully,

                                                        /s/ Mark J. Zanchelli
                                                        _____
                                                        Chief Deputy Clerk

MJZ:cad

cc:     Frank G. Johns, Clerk
        Amy Elizabeth Ray, Esq.