FILED: February 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4528
(3:11-cr-00049-FDW-1)

_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

RODNEY W. WHITNEY

　　　　Defendant - Appellant

_____

O R D E R

_____

Appellant's motion for extension of time to file the opening brief and joint appendix is denied. The denial is without prejudice to the filing of a new motion to extend filing time, accompanied by the opening brief and joint appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk