Clerk of the Court
U.S. Court of Appeals
For the Fourth Circuit

RECEIVED
2015 FEB 23  PM 2: 22
U.S. COURT OF APPEALS
FOURTH CIRCUIT

RE: United States V. Rodney W. Whitney
    Case No. 3:11-CR-49-FDW-1

Dear Clerk:

   I am writing to request reassignment of my appeal to a new attorney. Mr. Belser was appointed to prosecute my appeal on July 14, 2014. Since that time I have written numerous times in an effort to discuss what I believe the appeal issues are and aid in my appeal. To date, he has made no effort to write, call or meet with me about the appeal. Moreover, on numerous occasions, when my wife was able to talk with him on the phone, he repeatedly misled her into believing he was calling or meeting with me in the coming weeks, when he knew that was not in fact the case.

At this point, I have no confidence in his conduct and already believe he is, and will continue to provide deficient counsel if he continues as my attorney. In light of this, I am respectfully requesting reassignment of my appeal to another attorney.

Thank you in advance for the time and attention I trust you will give this matter.

Sincerely,

Rodney W. Whitney
Inmate No. 26320-058
P.O. Box 1000
Butner, N.C.  27509